■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS BURGOS, Appellant.—Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered on August 18, 1986, unanimously affirmed. The motion by Carlos Burgos to file a supplemental *pro se* brief is denied. No opinion. Concur—Kupferman, J. P., Ross, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CHIARI, Also Known as ROBERT CHIARI, Appellant.—Judgment, Supreme Court, New York County (Jerome Marks, J.), rendered on September 25, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Ellerin and Wallach, JJ.